UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DANIEL A. LaFOUNTAIN, JR.
      Plaintiff,

vs.

PAUL BENTON MOTORS OF
NORTH CAROLINA, d/b/a
CHEVROLET CADILLAC OF
GOLDSBORO and WESTERN
SURETY COMPANY
      Defendants.

**JUDGMENT**

Case No. 7:09-CV-212-F

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's motion to remand is ALLOWED, and it is **ORDERED** that this case be **REMANDED** to the General Court of Justice, *Superior Court Division, Onslow County, North Carolina*. The court retains jurisdiction solely over Plaintiff's request for just costs and actual expenses. In light of the remand, Defendant Paul Benton Motors' motion to dismiss is DENIED without prejudice as moot.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

This judgment filed and entered on 9/24/2010, with service on:
*(via CM/ECF Notice of Electronic Filing)*

**Jacob Matthew Norris** - counsel for plaintiff

**Christopher Derrenbacher** - counsel for defendants

**Jennifer Michelle St. Clair** - counsel for defendants

**Onslow County Clerk of Superior Court**
625 Court Street
Jacksonville, NC 28540

**DENNIS P. IAVARONE, CLERK**

September 24, 2010         /s/ *Shelia D. Foell*
                           Deputy Clerk