AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIEL A. LaFOUNTAIN, JR.<br>    Plaintiff<br><br>v.<br><br>PAUL BENTON MOTORS OF NORTH CAROLINA, LLC, and WESTERN SURETY COMPANY,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 7:09-CV-212-F |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Plaintiff is awarded $3,340.00 in attorney's fees against Defendant Paul Benton Motors of North Carolina, LLC d/b/a Chevrolet Cadillac of Goldsboro.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 5, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Jacob Matthew Norris (via CM/ECF Notice of Electronic Filing)

Christopher J. Derrenbacher (via CM/ECF Notice of Electronic Filing)

Jennifer Michelle St. Clair (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| November 5, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |